Case 4:25-cv-04693   Document 19   Filed on 11/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50,<br><br>*Defendants.* | No. 4:25-cv-04693 |

## ORDER

Before the Court is the Plaintiff Mary Doe, as next friend of minor plaintiff, Jane Doe, and Defendant Roblox Corporation's Joint Motion to Stay Proceedings pending resolution by the Judicial Panel on Multidistrict Litigation ("JPML") of a motion to transfer and consolidate cases against Roblox Corporation, including this one. The motion is granted. All proceedings in this case are stayed pending resolution of the motion before the JPML and all deadlines and hearings are vacated. This stay does not waive or alter Defendants' right to move to compel arbitration, to move to dismiss the Complaint, or to oppose the JPML motion or any other motion filed before the JPML on any basis. In the event that the JPML motion is denied as to this case, the parties will promptly meet and confer to see if they can stipulate to new case deadlines and, if they cannot so stipulate, will request a conference before the Court to set such deadlines.

Signed this 21st day of November, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE